IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEDIR ESSA ESMAEL,

No. C-09-3943  MMC (PR)

       Plaintiff,

**JUDGMENT IN A CIVIL CASE**

  v.

SANTA CLARA COUNTY,

       Defendant.

_____/

    **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED** the instant action is hereby DISMISSED without prejudice.


Dated: November 22, 2010              Richard W. Wieking, Clerk

                                        *Tracy Lucero*

                              By: Tracy Lucero
                              Deputy Clerk